IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAMELA LILES                                                                                              PLAINTIFF

vs.                                             Civil No. 6:12-cv-06043

CAROLYN COLVIN                                                                                        DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 10th day of July, 2013 comes for consideration the Report and Recommendation dated June 18, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation and dismisses Plaintiff's complaint without prejudice.[1]

**IT IS SO ORDERED.**

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Court notes that the Report and Recommendation (ECF No. 8) states that the Magistrate Judge finds that the action should be dismissed without prejudice but then recommends dismissal with prejudice in the next sentence. (ECF No. 8, p. 2). The Court understands the "with prejudice" language to be a typo. Accordingly, the Court dismisses this action WITHOUT PREJUDICE.